# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEPHONE WISHOP,** | Civil Action No. 1:06-CV-2460 |
| Plaintiff | (Judge Kane) |
| v. | |
| **PATRICIA GINOCCHETTI and JAMES T. WYNDER, JR.,** | |
| Defendants | |

## MEMORANDUM AND ORDER

**WHEREAS** Defendant moves the Court to set aside the default judgment entered in Plaintiff's favor, claiming that Defendant attempted to comply with the Court's March 24, 2008 order, but apparently failed due to a computer glich. (Doc. No. 32.)

**WHEREAS** Rule 55(c) of the Federal Rules of Civil Procedure provides that "[f]or good cause shown the court may set aside an entry of default and, if a judgment by default has been entered, may likewise set it aside in accordance with Rule 60(b)." Fed. R. Civ. P. 55(c).

**WHEREFORE** this 21st day of October, 2008, **IT IS HEREBY ORDERED** that the entry of default entered on September 30, 2008 (Doc. No. 30) is hereby stricken and the order directing the Clerk of Court to enter a default (Doc. No. 29) is hereby vacated. Defendants are directed to file an answer to Plaintiff's Complaint within 5 days of the date of this Order.

                                                S/ Yvette Kane
                                                Yvette Kane
                                                United States District Judge
                                                Middle District of Pennsylvania